# Third Amended Exhibit A

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Diaz, Liset | 1:15-cv-01585 | FRANZBLAU DRATCH P.C. |
| Bidwell, Jack Alan | 1:16-cv-00330 | FARR, FARR, EMERICH, HACKETT, CARR & HOLMES P.A. |
| Petty, Julie | 1:16-cv-00525 | LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC |
| Gruenloh, Denelle M. & Cyryl | 1:16-cv-00536 | SHER CORWIN WINTERS LLC |
| Peterson, Margaret | 1:16-cv-00571 | LENZE KAMERRER MOSS, PLC |
| Speer, Marcia & Joseph J. | 1:16-cv-00660 | GALLAGHER & KENNEDY, P.A. |
| Branham, Shari & Michael | 1:16-cv-00661 | GALLAGHER & KENNEDY, P.A. |
| Wood, Bobbie & Curtis | 1:16-cv-00860 | GALLAGHER & KENNEDY, P.A. |
| Thompson, Rodger | 1:16-cv-00872 | GALLAGHER & KENNEDY, P.A. |
| Gragirene, Maribel | 1:16-cv-00874 | GALLAGHER & KENNEDY, P.A. |
| Dolyk, David | 1:16-cv-01093 | GALLAGHER & KENNEDY, P.A. |
| Milner, Geneva & Nelson | 1:16-cv-01094 | GALLAGHER & KENNEDY, P.A. |
| Coleman, Betty L. | 1:16-cv-01109 | GALLAGHER & KENNEDY, P.A. |
| Clark, Charles W. | 1:16-cv-01263 | SHAW COWART, LLP |
| Valvo, Heather & Mike | 1:16-cv-01285 | GIRARDI KEESE |

**Third Amended Exhibit A**

| Name | Case Number | Law Firm |
|---|---|---|
| Moragne, Michael | 1:16-cv-01303 | SHAW COWART, LLP |
| Uhlick, Frederick | 1:16-cv-01395 | SHAW COWART, LLP |
| Taubler, Samuel Joseph & Debra | 1:16-cv-01640 | GIRARDI KEESE |
| Schmidt, Harold & Velma | 1:16-cv-01770 | BACHUS & SCHANKER, LLC |
| Tukuafu, Heitala | 1:16-cv-01888 | SHAW COWART, LLP |
| Clark, Deborah Ann | 1:16-cv-02020 | SHAW COWART, LLP |
| Simon, Ann Marie | 1:16-cv-02039 | GALLAGHER & KENNEDY, P.A. |
| Cutshall, Amy Beth | 1:16-cv-02070 | SHAW COWART, LLP |
| Oubre, Heidi | 1:16-cv-02186 | GALLAGHER & KENNEDY, P.A. |
| Laidler, Daniel | 1:16-cv-02276 | FARR, FARR, EMERICH, HACKETT, CARR & HOLMES P.A. |
| Rosa, Lisbeth | 1:16-cv-02351 | SHAW COWART, LLP |
| Ross, Cassandra | 1:16-cv-02385 | GRAY & WHITE LAW |
| Lawrence, Venus | 1:16-cv-02553 | BACHUS & SCHANKER, LLC |
| Atkins, Faye G. | 1:16-cv-02671 | SHAW COWART, LLP |
| Love, Patrick Neil | 1:16-cv-02675 | SHAW COWART, LLP |
| Contreras, Amanda | 1:16-cv-02693 | MORRIS LAW FIRM |
| Rogers, Gloria | 1:16-cv-02706 | MURPHY LAW FIRM, LLC |

**Third Amended Exhibit A**

| | | |
|---|---|---|
| Ortiz, Maria | 1:16-cv-02998 | GALLAGHER & KENNEDY, P.A. |
| Hines, James D. | 1:16-cv-03135 | STATHIS & LEONARDIS, LLC |
| Baldwin, Richard E. | 1:16-cv-03241 | SHAW COWART, LLP |
| Robbins, Clint | 1:16-cv-03535 | WENDT LAW FIRM |
| Hartzog, Lorna | 1:17-cv-00018 | SIFERS JENSEN PALMER |
| Lanzer, Jodi | 1:17-cv-00069 | GRAY & WHITE LAW |
| Bush, Phyllis | 1:17-cv-00161 | THE GALLAGHER LAW FIRM PLLC |
| Bell, Bessie | 1:17-cv-00212 | SIFERS JENSEN PALMER |
| Keltee, Rogers William | 1:17-cv-00303 | GRAY & WHITE LAW |
| Knight, June | 1:17-cv-00306 | WENDT LAW FIRM |
| Nicholson, Margie Ann | 1:17-cv-00346 | SHAW COWART, LLP |
| Papierski, Chester | 1:17-cv-00434 | GRAY & WHITE LAW |
| Cremeans, Daris | 1:17-cv-00455 | FULMER SILL |
| Agnew, William | 1:17-cv-00567 | CELLINO & BARNES, P.C. |
| Hagler, Charlie, Jr. | 1:17-cv-00610 | MATTHEWS & ASSOCIATES |
| Cothern, Michael and Belinda | 1:17-cv-00653 | CRANDALL & KATT |
| Boze, Joann | 1:17-cv-01268 | SIFERS JENSEN PALMER |

**Third Amended Exhibit A**

| | | |
|---|---|---|
| Packard, Frederick & Susan | 1:17-cv-01293 | GALLAGHER & KENNEDY, P.A. |
| Roland, Stacey | 1:17-cv-01351 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| Holsinger, John (Estate) | 1:17-cv-01371 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| King, Yvette | 1:17-cv-01517 | GALLAGHER & KENNEDY, P.A. |
| Botsford, Roger | 1:17-cv-01891 | DALLAS W. HARTMAN, P.C. |
| Stanley, Bonnie H. | 1:17-cv-01931 | WALSH WOODARD LLC |
| Sutherland, Anita | 1:17-cv-02597 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| Vargas, Benito A. | 1:17-cv-02713 | RICHARD J. PLEZIA & ASSOCIATES |
| Quamme, Brandon | 1:17-cv-02764 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| Boylan, James (Estate) | 1:17-cv-02810 | MATTHEWS & ASSOCIATES |
| Howard, Clarence | 1:17-cv-02811 | CAREY DANIS & LOWE |
| Seckar, Philip and Diane Peddin | 1:17-cv-02963 | HARDISON & COCHRAN PLLC |
| Johnson, Marlene | 1:17-cv-02994 | SIFERS JENSEN PALMER |
| Williams, Linda | 1:17-cv-03081 | PADBERG, CORRIGAN & APPLEBAUM |
| Belloma, Richard A. | 1:17-cv-03127 | MATTHEWS & ASSOCIATES |
| Brandes, John | 1:17-cv-03129 | MATTHEWS & ASSOCIATES |
| Eaton, Jacqulyne G. | 1:17-cv-03138 | MATTHEWS & ASSOCIATES |

**Third Amended Exhibit A**

| | | |
|---|---|---|
| Frye, Stephen | 1:17-cv-03140 | MATTHEWS & ASSOCIATES |
| Goss, Garcia L. | 1:17-cv-03156 | MATTHEWS & ASSOCIATES |
| Peterson, Craig | 1:17-cv-03178 | MATTHEWS & ASSOCIATES |
| Jurczyk, Michael J. | 1:17-cv-03188 | MATTHEWS & ASSOCIATES |
| Savarino, Lawrence A. | 1:17-cv-03227 | MATTHEWS & ASSOCIATES |
| Williams, Cathey M. | 1:17-cv-03242 | MATTHEWS & ASSOCIATES |
| Kitchen, Jennifer | 1:17-cv-03322 | RICHARD J. PLEZIA & ASSOCIATES |
| Campbell, Kristi | 1:17-cv-03326 | RICHARD J. PLEZIA & ASSOCIATES |
| Anderson, Leonard (Estate) | 1:17-cv-03340 | RICHARD J. PLEZIA & ASSOCIATES |
| Cromwell, Della L. | 1:17-cv-03383 | O'CONNOR, ACCIANI & LEVY LPA |
| Ricketts, Harold Jr. | 1:17-cv-03449 | RICHARD J. PLEZIA & ASSOCIATES |
| Avila, James | 1:17-cv-03939 | SHAW COWART, LLP |
| Speed, Anthony | 1:17-cv-04002 | GALLAGHER & KENNEDY, P.A. |
| Jones, Katherine O. and Wayne Sr. | 1:17-cv-04107 | GOZA & HONNOLD, LLC |
| McLeod, Rashard | 1:17-cv-04242 | SHAW COWART, LLP |
| Cooper, Edward Bryant (Estate) | 1:17-cv-04399 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Foley, Maureen A. | 1:17-cv-06074 | SUSAN E. LOGGANS & ASSOCIATES, P.C. |

**Third Amended Exhibit A**

| | | |
|---|---|---|
| Friend, Eric | 1:18-cv-00370 | SIFERS JENSEN PALMER |
| Harper, James H. | 1:18-cv-00396 | MATTHEWS & ASSOCIATES |
| Boivin, Michael | 1:18-cv-00431 | SIFERS JENSEN PALMER |
| Warr, Denise and Terry | 1:18-cv-00455 | THE GOETZ LAW FIRM, INC. |
| Perry, Kevin S. | 1:18-cv-00619 | SIFERS JENSEN PALMER |
| Alfaro, Peter | 1:18-cv-00620 | CAPRETZ & ASSOCIATES |
| Brown, Betty J.(Estate) | 1:18-cv-00897 | MATTHEWS & ASSOCIATES |
| Carpenter, Sandy E. | 1:18-cv-00928 | GALLAGHER & KENNEDY, P.A. |
| Bass, Charles W. | 1:18-cv-01077 | MATTHEWS & ASSOCIATES |
| Pebbles, Angie and Christopher | 1:18-cv-01209 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| Vaughan, Barry | 1:18-cv-01389 | SIFERS JENSEN PALMER |
| Rock, Aja N. | 1:18-cv-01812 | PRINCENTHAL & MAY, LLC |
| Pezzotti, Lillian | 1:18-cv-02326 | MORRIS LAW FIRM |
| Simons, Kathryn J. | 1:18-cv-02366 | SIFERS JENSEN PALMER |
| Hronek, Kristian | 1:18-cv-02578 | WENDT LAW FIRM |
| Harrington, Ann | 1:18-cv-02606 | CAREY DANIS & LOWE |
| Brown, Bruce E. | 1:18-cv-02690 | MATTHEWS & ASSOCIATES |

**Third Amended Exhibit A**

| Name | Case No. | Firm |
|---|---|---|
| Henson, Kristena and Dwayne | 1:18-cv-02723 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| Mitchell, Maxine H. | 1:18-cv-02724 | PRINCENTHAL & MAY, LLC |
| Nicholls, Carol Anne | 1:18-cv-02826 | PRINCENTHAL & MAY, LLC |
| Berg, Lynn M. and Bernard | 1:18-cv-03138 | CELLINO & BARNES, P.C. |
| Karlberg, Diane | 1:18-cv-03466 | RICHARD J. PLEZIA & ASSOCIATES |
| Marsden, Bonnie | 1:18-cv-03521 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Dulski, Katherine | 1:19-cv-00153 | SIFERS JENSEN PALMER |
| Dzierwa, Edward J. | 1:19-cv-00236 | MATTHEWS & ASSOCIATES |
| Holder, Vera aka Clinton, Vera (Estate) | 1:19-cv-00294 | GALLAGHER & KENNEDY, P.A. |
| Wilson, Gloria A. | 1:19-cv-01026 | SIFERS JENSEN PALMER |
| Denbow, Linda J. | 1:19-cv-01158 | GUAJARDO & MARKS, LLP |
| Fisher, Tonya | 1:19-cv-01201 | THE GALLAGHER LAW FIRM PLLC |
| Schock, Laureen | 1:19-cv-01311 | THE SEIDEMAN LAW FIRM, PC |
| Richards, James | 1:19-cv-01474 | SHAW COWART, LLP |
| Harris, Sonya R. | 1:19-cv-01714 | GUAJARDO & MARKS, LLP |
| Campbell, Richard E. Jr. | 1:19-cv-01968 | MATTHEWS & ASSOCIATES |
| Williams, Charlene | 1:19-cv-02041 | CHAPPELL, SMITH & ARDEN, P.A. |

**Third Amended Exhibit A**

| Name | Case No. | Firm |
|---|---|---|
| Amaya, Tonya | 1:19-cv-02236 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Barnes, Annette and Harry | 1:19-cv-02384 | FRIDAY & COX LLC |
| Hegarty, Edward | 1:19-cv-02390 | MATTHEWS & ASSOCIATES |
| Smith, Sylvia | 1:19-cv-02446 | SHAW COWART, LLP |
| Bostic, Loretta | 1:19-cv-02458 | SNYDER AND WENNER, P.C. |
| Marshall, Edwin Jr. | 1:19-cv-02528 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Hollins, Erma H. | 1:19-cv-03249 | GUAJARDO & MARKS, LLP |
| Summers, Rebecca Sue | 1:19-cv-03303 | THE SEIDEMAN LAW FIRM, PC |
| Moate, Willie | 1:19-cv-03592 | GUAJARDO & MARKS, LLP |
| Murtaugh, Angella | 1:19-cv-04211 | SHAW COWART, LLP |
| Anderson, Michael David | 1:20-cv-01130 | PRINCENTHAL & MAY, LLC |
| James, Rick H. | 1:20-cv-01578 | GUAJARDO & MARKS, LLP |
| Garner, Crystal | 1:20-cv-02938 | BRENES LAW GROUP |
| McAbee, Stephanie and Perry | 1:20-cv-06232 | CHAPPELL, SMITH & ARDEN, P.A. |
| Ybarra, Denise | 1:20-cv-06294 | CAPRETZ & ASSOCIATES |
| Saum, James E. and Amelie | 1:21-cv-00544 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| McGrath, Glenn | 1:22-cv-00174 | ONDERLAW, LLC |

Page **8** of **9**

**Third Amended Exhibit A**

| Roberts, Megan L. | 1:22-cv-00619 | MEDLEY LAW GROUP |
|---|---|---|